IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID CHRISTOPHER JULIEN**                                    **PLAINTIFF**

       **v.**              Civil No. 05-5173

**LADENA KAISER**                                                             **DEFENDANT**

### O R D E R

Now on this 20th day of December, 2005, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #5), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                                      /s/ Jimm Larry Hendren
                                                      **JIMM LARRY HENDREN**
                                                      **UNITED STATES DISTRICT JUDGE**